# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 27, 2006

Clifford W. Taylor,
Chief Justice

130512

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

SC: 130512
COA: 251742
Wayne CC: 02-014804-03

TIMOTHY SHEPARD,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the November 1, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 27, 2006

_____
Clerk

p0920